UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Oct 22  12 32 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

PROFESSIONAL ELECTRIC CONTRACTORS
OF CONNECTICUT, INC.

VS.                                                           CIVIL NO. 3:03 CV 81 (PCD)

PIKE COMPANY, INC., HOME DEPOT USA,
INC., AND HARTFORD FIRE INSURANCE CO.

### JUDGMENT

Notice having been given on September 18, 2003 (Doc. #5) to counsel of record of the proposed dismissal of this case pursuant to Rule 4(j) of the Federal Rules of Civil Procedure, and no action having been taken and no satisfactory explanation having been submitted to the Court withing fifteen (15) days hereafter,

It is hereby ORDERED that this case be dismissed for want of prosecution.

SO ORDERED.

Dated at New Haven, Connecticut this 22nd day of October, 2003.

KEVIN F. ROWE, CLERK

By _Patricia A. Villano_
Patricia A. Villano
Deputy Clerk

EOD: _____